**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RICHARD PFEIFFER,** | Case No.: 7:15-cv-06613-KMK |
| **Plaintiff,** | |
| v. | **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT PURSUANT TO FED.R. CIV.P. 55(a)** |
| **SELECT STUDENT LOAN,** | |
| **Defendant.** | |

<u>KARAS, D.J.</u>:

Upon the annexed supporting Affirmation of Craig Thor Kimmel and upon consideration of Plaintiff's Request for Entry of Final Judgment by Default and the exhibits attached thereto, it is hereby

ORDERED, that the Defendant show cause at a conference to be held on the _____ day of _____, 2016, at _____ a.m./p.m. before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard by a Judgment by Default should not be entered in favor of Plaintiff for the relief requested in the Complaint, and is further

ORDERED that objections to the relief requested herein or answering papers, if any, shall be served upon Kimmel & Silverman, P.C., Attn: Craig Thor Kimmel, 30 East Butler Avenue, Ambler, Pennsylvania 19002 by the _____ day of _____, 2016; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, Select Student Loan by First Class Mail on or before the _____ day of _____, 2016, and such service shall be deemed good and sufficient service.

Dated: _____
      White Plains, New York

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.

- 2 -

ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT PURSUANT TO FED.R. CIV. P. 55(a)