USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD PFEIFFER,

    Plaintiff,

v.

SELECT STUDENT LOAN,

    Defendant.

Case No.: 7:15-cv-06613-KMK

[PROPOSED] ORDER OF DEFAULT JUDGMENT AGAINST SELECT STUDENT LOAN PURSUANT TO FED.R.CIV.P. 55(a)

---

Defendant Select Student Loan having failed to plead or otherwise defend in this action, and said default having been duly entered.

NOW, upon application of Plaintiff and affidavits demonstrating that Defendant owes Plaintiff the sum of $148,500.00 [handwritten: $47,500] and that Defendant is not an infant or incompetent person or in the military service of the United States.

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant, Select Student Loan, the sum of $148,500.00 [handwritten: $47,500] with interest as provided by law.

Dated: 8/11/16
White Plains, New York

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.

---